# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 08-357 consolidated with CA 08-355 & CA 08 -356, 08-358

**W. GREGORY BAKER, ET AL.**

**VERSUS**

**CHRIS A. VERRET, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 97-5864 C/W 98-0481 C/W 98-0482
C/W 98-0483
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and Billy Howard Ezell, Judges.

**AFFIRMED.**

Steven Gerald Durio
Durio, McGoffin, etc.
P. O. Box 51308
Lafayette, LA 70505-1305
(337) 233-0300
Counsel for Defendant/Appellee:
Donald J. Baker
Kirby Pecot
Andrew B. Jameson
Max Luttgeharm
M.L. Godley, M.D.

**Robert A. Kutcher**
**Chopin, Wagar, Cole, et al**
**3850 North Causeway Blvd., #900**
**Metairie, LA 70002**
**(504) 830-3824**
**Counsel for Defendant/Appellant:**
**Copeland's of New Orleans, Inc.**

**William H. Parker, III**
**Allen & Gooch**
**P. O. Box 81129**
**Lafayette, LA 70598-1129**
**(337) 291-1000**
**Counsel for Defendant/Appellant:**
**Nawlins Kajun Food L.L.C.**
**BCM L.L.C.**

**Louis Benedict Viviano**
**Attorney at Law**
**1310 S. Union Street, Suite 8**
**Opelousas, LA 70570**
**(337) 948-3044**
**Counsel for Defendant/Appellee:**
**Louis B. Viviano**

**George Allen Walsh**
**Attorney at Law**
**601 Napoleon Street**
**Baton Rouge, LA 70802**
**(225) 381-9305**
**Counsel for Plaintiff/Appellee:**
**Vikki Lynn Baiers**
**W. Gregory Baker**

**Nicole Sophia Tygier**
**Chopin, Wagar, Cole, et al**
**3850 North Causeway Blvd., #900**
**Metairie, LA 70002**
**(504) 830-3838**
**Counsel for Defendant/Appellant:**
**Copeland's of New Orleans, Inc.**

**Robert Louis Broussard**
**Durio, McGoffin, Stagg**
**P. O. Box 51308**
**Lafayette, LA 70505**
**(337) 233-0300**
**Counsel for Defendant/Appellee:**
**Donald J. Baker**

**Alice F. Estill**
**Attorney at Law**
**601 Napoleon Street**
**Baton Rouge, LA 70802**
**(225) 381-9305**
**Counsel for Plaintiff/Appellee:**
**W. Gregory Baker**
**Vikki Lynn Baiers**

**Jessica Watts Farmer**
**Durio, McGoffin**
**P. O. Box 51308**
**Lafayette, LA 70505**
**(337) 233-0300**
**Counsel for Defendant/Appellee:**
**Max Luttgeharm**
**Donald J. Baker**
**Andrew B. Jameson**
**M.L. Godley, M.D.**
**Kirby Pecot**

**EZELL, JUDGE**.

For the reasons expressed in the consolidated case of 08-355, *Walter A. Glod, Jr., M.D. v. W. Gregory Baker, et al.*, (11/19/08), ____So.2d _____, the judgment of the trial court is affirmed, costs of this appeal are split half to the Copeland parties and half to BCM and Nawlins.

**AFFIRMED**.